**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-81153-CV-MIDDLEBROOKS

NICHOLAS AUSTIN ROBERTS,

Plaintiff,

v.

RED CRAB WEST PALM BEACH LLC and
JIAN CHENG CHEN,

Defendants.

_____________________________________/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on December 10, 2024. (DE 20). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 11 day of December, 2024.

Donald M. Middlebrooks
United States District Judge

CC: Counsel of Record